**Todd M. Friedman (216752)**
**Darin Shaw (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorney for Plaintiff**

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TCHERNAVIA HILL,** | Case No. 2:10-cv-07248-RGK -MAN |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **FIRST REVENUE ASSURANCE, LLC,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation and Order of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 1st day of July, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 1st day of July, 2011, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5  Honorable R. Gary Klausner
   United States District Court
6  Central District of California

7

8  Michael Simmonds
   SIMMONDS & NARITA
9  44 Montgomery St.
   Suite 3010
10 San Francisco CA 94104-4816

11

12 This 1st day of July, 2011.

13 s/Todd M. Friedman
   Todd M. Friedman
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28